**Entered on Docket**
**January 19, 2023**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed and Filed: January 19, 2023**

DENNIS MONTALI
U.S. Bankruptcy Judge

DAVID BURCHARD
CHAPTER 13 STANDING TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650)345-7801 FAX(650)345-1514
(707 544-5500 FAX(707)544-0475

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **In re:**<br>**ERIC BRAKEBILL JONES**<br>Debtor(s) | **Case No.: 22-30421 DM**<br>Chapter 13 |

**ORDER CONFIRMING CHAPTER 13 PLAN**

After notice and opportunity for a hearing it is determined that the Chapter 13 plan satisfies the requirements of 11 U.S.C. §1325. Therefore, **IT IS ORDERED** that the plan filed at docket **#2** is confirmed.

**ATTORNEY FEES**

**IT IS FURTHER ORDERED** that the attorney's fees for the debtor(s)' attorney in the full amount of **$4,500.00** are approved, **$500.00** of which was paid prior to the filing of the petition. Provided that the attorney and debtor have executed and filed a Rights and Responsibilities of Chapter 13 Debtors and Their Attorneys, the balance of **$4,000.00**, shall be paid by the chapter 13 Trustee from plan payments in accordance with Section 5 of the plan.

*** * * * * END OF ORDER * * * * ***

**Court Service List**

ERIC BRAKEBILL JONES
17742 BERTA CANYON RD.
SALINAS, CA 93907