# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: admin | Date Created: 1/19/2023 |
| Case: 22−30421 | Form ID: pdfeo | Total: 4 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the U.S. Trustee / SF | USTPRegion17.SF.ECF@usdoj.gov |
| tr | David Burchard | TESTECF@burchardtrustee.com |
| aty | John D. Raymond | bankruptcycenter@sbcglobal.net |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Eric Brakebill Jones | 17742 Berta Canyon Rd. | Salinas, CA 93907 |

TOTAL: 1