BANKRUPTCY CENTER OF
JOHN D. RAYMOND
JOHN D. RAYMOND, ESQUIRE
STATE BAR NO. 129599
P.O. BOX 642535
SAN FRANCISCO, CA 94164-2535
Tel.: (415) 351-2265
Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re:<br>ERIC BRAKEBILL JONES,<br>Debtor(s). | Chapter 13<br>Case No: 22-30421 DMB<br><br>DEBTOR'S DECLARATION IN REGARD TO ASSET ACQUIRED AFTER REVESTING OF ESTATE |

I, ERIC BRAKEBILL JONES, hereby declare:

1. I am the debtor in the above referenced Chapter 13 case.

2. I have discovered that I am entitled to Thrift Savings Plan death benefit of $56,052.89 and expect to receive this benefit somewhere between Sept. 12th and Sept. 20th, 2026.

3. I note that this benefit, were I entitled to it at the time of the filing of my case, would be fully exempt under CCP 703.140(b)(10)(E).

I declare under penalty of perjury under the laws of the State of California, that the foregoing, is true and correct to the best of my information, knowledge and belief, and this declaration was executed on Sept. 8, 2026 in Temple City, California.

EBJ

ERIC BRAKEBILL JONES, Debtor