BANKRUPTCY CENTER OF
JOHN D. RAYMOND
JOHN D. RAYMOND, ESQUIRE
STATE BAR NO. 129599
2000 VAN NESS AVENUE, STE. 205
P.O. BOX 642535
SAN FRANCISCO, CA 94164-2535

Tel.: (415) 351-2265

Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re:<br><br>ERIC BRAKEBILL JONES,<br>Debtor. | Chapter 13<br>Case No: 22-30421 DM<br><br>NOTICE OF CHANGE OF ADDRESS |

The debtor in the above referenced Chapter 13 case hereby wishes to change his mailing address to:

Mr. Eric B. Jones
P.O. Box 1217
Temple City, CA 91780

Dated: Sept 8, 2026

ERIC BRAKEBILL JONES, Debtor